

**S P I R E   L A W**

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

<u>**Via Electronic Filing**</u>                                    **August 14, 2025**
The Honorable Gary Stein
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re.: *Reid v. Treasures of NYC Global, LLC* (1:25-cv-05532-JHR-GS)

Dear Judge Stein:

We represent Defendant, Treasures of NYC Global, LLC ("Defendant"), in the above-referenced matter, and provide this letter per Rule 1(A) and (G) of the Individual Rules of Judge Gary Stein.

The undersigned counsel files this letter motion on behalf of Defendant respectfully requesting an extension of time for Defendant to answer, move, or otherwise respond to the Complaint to August 28, 2025. The original deadline for Defendant to respond to the Complaint is August 14, 2025. Defendant requests the extension of time to respond to the Complaint as Defendant only recently retained undersigned counsel to represent it in this matter and undersigned counsel is in the process of intaking and reviewing Defendant's records relevant to the underlying litigation. Additionally, upon information and belief, Defendant anticipates filing a motion to dismiss arguing that Plaintiff lacks standing to bring this action because the Plaintiff cannot demonstrate a concrete and particularized injury under Article III of the U.S. Constitution.

This is Defendant's first request for an extension of time to respond to the Complaint.

Defendant contacted Plaintiff to determine whether Plaintiff would consent or oppose Defendant's request.  Plaintiff neither consented nor opposed Defendant's request.



We thank the Court for its attention to this matter.

Respectfully,

Ian E. Smith, Esq.
Partner, Spire Law, PLLC

